**Appeal Dismissed and Memorandum Opinion filed August 25, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00305-CR

## ROBERT RICHARD LOPEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1504752**

## M E M O R A N D U M   O P I N I O N

Appellant Robert Richard Lopez was indicted for aggravated assault of a family member. Pursuant to a charge-bargain agreement with the State, appellant pleaded guilty to a reduced charge of deadly conduct. *See* Tex. Penal Code Ann. § 22.05(b)(2). The trial court entered an order of deferred adjudication, placing appellant on community supervision for two years. Although a defendant usually has no right of appeal in a charge-bargain case, the trial court gave appellant

permission to appeal the issue of whether the indictment should be set aside. Appellant filed a notice of appeal on April 11, 2016.

On August 9, 2016, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. The trial court conducted the hearing on August 15, 2016. At the hearing, appellant stated he no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Texas Rule of Appellate Procedure 42.2(a). *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).